UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY HANSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC., et al.,<br><br>　　　　　Defendants. | Civil Action No.<br>17-10862-ADB |

## **ORDER**

BURROUGHS, D.J.

On August 16, 2017, Plaintiff was granted until August 31, 2017 to demonstrate good cause why this case should not be dismissed and file any opposition to the pending motion to dismiss. Plaintiff was advised that failure to do so may result in immediate dismissal of this case. Plaintiff has failed to file a response and the time period for doing so has expired. Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 22) and for the failure of Plaintiff to comply with the directives contained therein, it is hereby ORDERED that

1. Apple's Motion to Dismiss is GRANTED;

2. Plaintiff's remaining claims against Uber Technologies, Inc. and Lyft, Inc., are DISMISSED for the reasons stated in, and for failure to comply with, the August 16, 2017 Memorandum and Order.

3. This action is DISMISSED in its entirety and the Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison D. Burroughs
　　　　　　　　　　　　　　　　　　　　　　　Allison D. Burroughs
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: September 1, 2017